United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-16367-elf
Lisa Nguyen                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: jch              Page 1 of 1              Date Rcvd: Jan 25, 2019
                               Form ID: 175           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2019.
db             +Lisa Nguyen,    238 Keswick Avenue,    Glenside, PA 19038-4836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2019 at the address(es) listed below:
              CORY P. STEPHENSON     on behalf of Creditor Lynn  Brinker cstephenson@bk-legal.com
              CORY P. STEPHENSON     on behalf of Creditor Kim  Beidler cstephenson@bk-legal.com
              CORY P. STEPHENSON     on behalf of Creditor Mark  Knouse cstephenson@bk-legal.com
              GERALD R CLARKE     on behalf of Debtor Lisa  Nguyen jclarke@clarkeandassoc.com,
               clarkeandassoc@yahoo.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Abington School District and Township of Abington
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              KRISTEN WETZEL LADD     on behalf of Creditor Mark  Knouse kladd@utbf.com
              KRISTEN WETZEL LADD     on behalf of Creditor Lynn  Brinker kladd@utbf.com
              KRISTEN WETZEL LADD     on behalf of Creditor Kim  Beidler kladd@utbf.com
              MICHAEL D. VAGNONI     on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com
              REBECCA ANN SOLARZ     on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS DANIEL BIELLI     on behalf of Creditor Lynn  Brinker tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              THOMAS DANIEL BIELLI     on behalf of Creditor Mark  Knouse tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              THOMAS DANIEL BIELLI     on behalf of Creditor Kim  Beidler tbielli@bk-legal.com,
               cstephenson@bk-legal.com;acarrillo@bk-legal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lisa Nguyen
    Debtor(s)

Case No: 18−16367−elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the second, third & final installment for a total amount of $232.50.

will be held before the Honorable Eric L. Frank, United States Bankruptcy Court

on: 2/5/19

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: January 25, 2019