# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                           Chapter 13

                                           Bankruptcy No. 18-16367-ELF

           LISA  NGUYEN

           238 KESWICK AVENUE

           GLENSIDE, PA 19038

                 Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
LISA  NGUYEN

238 KESWICK AVENUE

GLENSIDE, PA 19038

**Counsel for debtor(s), by electronic notice only.**
GERALD R CLARKE
119 S EASTERN RD
SUITE 207
GLENNSIDE, PA 19038

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                                     /s/ William C. Miller

Date: 1/28/2019

                                     _____

                                     William C. Miller, Esquire
                                     Chapter 13 Standing Trustee