UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

February 5, 2019

To: **Gerald R. Clarke**
**Clarke and Associates**
**119 S. Easton Road, Suite 207**
**Glenside, PA 19038**

|  |  |
|---|---|
| In re: | **Lisa Nguyen** |
| Bk No. | **18-16367-elf** |
| Adv No. | n/a |
| Chapter | **13** |

RE: Docket entry #66: **Amended Schedule D - Creditors Who Hold Claims Secured by Property**

The above document was electronically filed with this office on **February 4, 2019.** Please be advised that the Filing Fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

( ) Voluntary Petition
( ) Adversary Proceeding
(X) **$31.00 Filing Fee for Amended Schedule D, E/F, or Matrix**
( ) $25.00 Claims Transfer Fee
( ) Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

*By:* John B.
Deputy Clerk

*Fee Notice*
*(11/26/18)*