# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 13** |
| **LISA NGUYEN,** | **Case No. 18-16367 (ELF)** |
| **Debtor.** | |

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Mark Knouse, Lynn Brinker, and Kim Beidler's Motion for* In Rem *Relief From the Automatic Stay Under §§ 105 and 362,* Nunc Pro Tunc *to October 29, 2018* (the "Motion") (D.I. No. 58), which was filed and served on January 24, 2019. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the *Notice of Mark Knouse, Lynn Brinker, and Kim Beidler's Motion for* In Rem *Relief From the Automatic Stay Under §§ 105 and 362,* Nunc Pro Tunc *to October 29, 2018* (D.I. No. 59), any objections to the Motion were to be filed and served no later than February 7, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

**BIELLI & KLAUDER, LLC**

Date: February 18, 2019

*/s/ Cory P. Stephenson*
Thomas D. Bielli, Esquire
Cory P. Stephenson, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Telephone: 215-642-8271
Facsimile: 215-754-4177
tbielli@bk-legal.com
cstephenson@bk-legal.com

*Counsel for Mark Knouse,
Lynn Brinker, and Kim Beidler*