**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Lisa Nguyen                                    )                    Case No: 18-16367
               Debtor         )                    Chapter 13
                                )
                                )
                                )

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 18, 2019, copies of the foregoing
Objection to Relief from the Automatic Stay was filed and therefore served via the Electronic
Filing System on February 18, 2019.

Date:   February 18, 2019

                                            /s/ Gerald R Clarke
                                            Gerald R Clarke (PA No. 86236)
                                            119 S Easton Road, Suite 207
                                            Glenside, PA 19038
                                            Telephone Number: 215-572-0530