Supplement to Amended Schedule I
Lisa Nguyen (18-16367)

Breakdown of Line 8a

Residential Lease:

| | | |
|---|---|---|
| | K.D.: | $550 |
| | N.L.: | $550 |
| | C.D.: | $1,150 |
| Total Lease Income: | | $2,250 |
| | | |
| Nail Spa Income | | $1,277 |
| | | |
| Total Business Inc. | | $3,527 |