**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lisa Nguyen | ) | Case No: 18-16367 |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on August 6, 2019, copies of the foregoing Objection to Claim was filed via the Electronic Filing System on August 6, 2019.

Date:  August 6, 2019                                    /s/ Gerald R Clarke
                                                                                                            Gerald R Clarke (PA No. 86236)
                                                                                                            119 S Easton Road, Suite 207
                                                                                                            Glenside, PA 19038
                                                                                                            Telephone Number: 215-572-0530