# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Lisa Nguyen | ) | Case No: 18-16367 |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT**

      Please withdraw the Certificate of Service which was filed with the Court on or about August 6, 2019, Docket #121.

Respectfully submitted,

Date:  August 28, 2019

/s/ Gerald R Clarke
Gerald R Clarke (PA No. 86236)
119 S Easton Road, Suite 207
Glenside, PA 19038
Telephone Number: 215-572-0530