# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Lisa Nguyen | ) | Case No: 18-16367 |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 6, 2019, copies of the foregoing 2nd Amended Plan was filed via the Electronic Filing System and by regular mail on August 6, 2019.

Date:  August 6, 2019

/s/ Gerald R Clarke
Gerald R Clarke (PA No. 86236)
119 S Easton Road, Suite 207
Glenside, PA 19038
Telephone Number: 215-572-0530