# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re: Lisa Nguyen                         )         Case No: 18-16367
        Debtor            )         Chapter 13
                          )
                          )
                          )

*****************

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on September 12, 2019, copies of the foregoing THIRD AMENDED CHAPTER 13 PLAN was filed via the Electronic Filing System and by first class mail to the following creditors:

Portnoff Law Associates, Ltd.
PO Box 3020
Norristown, PA 19404-3020
(for Creditors Abington School
District and Township of Abington)

| | |
|---|---|
| Michael D. Vagnoni, Esquire | Kristen Wetzel Ladd, Esquire |
| Centre Square West, Suite 3400 | 17 W. Gay Street |
| 1500 Market Street | PO Box 515 |
| Philadelphia, PA 19102-2100 | West Chester, PA 19381-0515 |
| (for Montgomery County Tax Claim Bureau) | (For Knouse, Beidler & Brinker) |
| | |
| Thomas D. Bielli, Esquire | William C. Miller, Esquire |
| Bielli & Klauder, LLC | Chapter 13 Trustee |
| 1500 Walnut St., Suite 900 | PO Box 1229 |
| Philadelphia, PA 19102-3518 | Philadelphia, PA 19105-1229 |
| (For Knouse, Beidler & Brinker) | |

Date:  September 12, 2019                    /s/ Gerald R Clarke
                                                           Gerald R Clarke (PA No. 86236)
                                                           119 S Easton Road, Suite 207
                                                           Glenside, PA 19038
                                                           Telephone Number: 215-572-0530