**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lisa M. Nguyen | ) | Case No: 18-16367 |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | |

**EMERGENCY MOTION TO DISCONTINUE**
**THE SCHEDULED SHERIFF SALE OF THE REAL PROPERTY OF**
**THE BANKRUPTCY ESTATE PURSUANT TO 11 IS CODE § 549**

WHEREAS, Debtor Lisa M. Nguyen, through her undersigned counsel, Gerald R. Clarke, requests that the Court impose its right under Section § 549 of the US Bankruptcy Code and discontinue the sheriff sale scheduled on Wednesday March 30, 2019 as it pertains to the property at 238 Keswick Ave, Glenside, PA 19038 ("Real Property").

WHEREAS, Debtor, Lisa M. Nguyen entered into a stipulated agreement with Mark Knouse, Lynn Brinker and Kim Beidler (collectively, the "Mortgage Holder") on May 10, 2019 which required her to remain current on her mortgage payments, provide proof of homeowner's insurance and business liability insurance, pay a monthly escrow for real estate tax and to pay an additional $660.57 per month for 42 months to compensate the Mortgage Holder for prepaid property taxes and legal fees incurred in attempting to secure the Real Property.

WHEREAS, Debtor has paid all required costs each month under this agreement, albeit certain of the payments were past the required first of the month.

WHEREAS, Creditor has taken action to list the property for sheriff sale on October 30, 2019 as permitted in the stipulation agreement against the Debtor.

WHEREAS, the property is property of the bankruptcy estate and pursuant to Section § 549 of the US Bankruptcy Code, the trustee may avoid a transfer of the property of the estate.

WHEREFORE, the Debtor prays for an Order discontinuing the scheduled sheriff sale and further requiring the Creditor to seek permission of the Court prior to future scheduling of a sheriff sale.

Dated: October 22, 2019 /s/ Gerald R. Clarke
Gerald R. Clarke
Clarke and Associates
119 S. Easton Road, Suite 207
Glenside, PA 19038
Telephone: 215-572-0530
Fax: 215-884-4152
E-mail: jclarke@clarkeandassoc.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Lisa M. Nguyen | ) | Case No: 18-16367 |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | |

## ORDER APPROVING EMERGENCY MOTION TO DISCONTINUE SHERIFF SALE

IT IS ORDERED that the Movant's motion to discontinue the sheriff sale scheduled for October 30, 2019 is hereby discontinued.  It is further ordered that prior to listing the Real Property at 238 Keswick Avenue, Glenside, PA to be sold at a sheriff sale, the mortgage holder must obtain prior court approval.

BY THE COURT

Date: _____              _____
                                          United States Bankruptcy Judge