**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lisa M. Nguyen | ) | Case No: 18-16367 |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**
**EMERGENCY MOTION TO DISCONTINUE**
**THE SCHEDULED SHERIFF SALE OF THE REAL PROPERTY OF**
**THE BANKRUPTCY ESTATE PURSUANT TO 11 IS CODE § 549**

The undersigned has served the Emergency Motion to Discontinue the Scheduled Sheriff Sale filed by Debtor on October 22, 2019.  Said Motion was served by emailing such motion to the attorney of creditor at the address below:

**Kristen Wetzel Ladd**
**Unruh Turner Burke & Frees**
P.O. Box 515 | 17 West Gay Street
West Chester, PA  19381
P: 484.653.2233 | F: 484.653.2215
kladd@utbf.com

Dated: October 22, 2019

/s/ Gerald R. Clarke
Gerald R. Clarke
Clarke and Associates
119 S. Easton Road, Suite 207
Glenside, PA 19038
Telephone: 215-572-0530
Fax: 215-884-4152
E-mail: jclarke@clarkeandassoc.com