**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lisa M. Nguyen | ) | Case No: 18-16367 |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | |

**PRAECIPE TO SUPPLEMENT EMERGENCY MOTION TO DISCONTINUE THE SCHEDULED SHERIFF SALE OF THE REAL PROPERTY OF THE BANKRUPTCY ESTATE PURSUANT TO 11 US CODE § 549**

Debtor Lisa M. Nguyen, through her undersigned counsel, Gerald R. Clarke, filed an Emergency Motion to Discontinue the Scheduled Sheriff Sale of the Real Property of the Bankruptcy Estate Pursuant to 11 US Code § 549 on October 22, 2019 and supplements such Motion as follows:

As required by the local rules of the United States Bankruptcy Court, Eastern District counsel for Debtor has conferred with counsel for Mark Knouse, Lynn Brinker and Kim Beidler (the mortgage holders and the parties are following through with a foreclosure sale on Debtor's Real Property scheduled for October 30, 2019) and has confirmed that both counsel are available for an emergency hearing on this matter on October 29, 2019.

Dated: October 22, 2019    /s/ Gerald R. Clarke
Gerald R. Clarke
Clarke and Associates
119 S. Easton Road, Suite 207
Glenside, PA 19038
Telephone: 215-572-0530
Fax: 215-884-4152
E-mail: jclarke@clarkeandassoc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lisa M. Nguyen | ) | Case No: 18-16367 |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | |

**ORDER**

AND NOW, upon consideration of the Emergency Motion to Discontinue the Scheduled Sheriff Sale of the Real Property of the Bankruptcy Estate Pursuant to US Code § 549 ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby ORDERED that:

1. The request for an expedited hearing is GRANTED.

2. A hearing to consider the Motion shall be and hereby is scheduled on _____, at _____, in the United States Bankruptcy Court, 900 Market Street, 2dn Floor, Courtroom No. 1, Philadelphia, PA 19107.

3. Written objections or other responsive pleadings to the motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 pm on _____.

5. The Movant shall serve this Order and the notice of Motion in conformity with local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on _____.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: _____        _____
                                                ERIC L. FRANK
                                                CHIEF U.S. BANKRUPTCY JUDGE