**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lisa M. Nguyen | ) | Case No: 18-16367 |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | |

**ORDER**

AND NOW, upon consideration of the Emergency Motion to Discontinue the Scheduled Sheriff Sale of the Real Property of the Bankruptcy Estate Pursuant to US Code § 549 ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on **October 29, 2019, at 9:30 a.m.**, in the United States Bankruptcy Court, 900 Market Street, 2dn Floor, Courtroom No. 1, Philadelphia, PA 19107.

3. Written objections or other responsive pleadings to the motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

Date: October 22, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**