United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-16367-elf
Lisa Nguyen                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Keith              Page 1 of 1              Date Rcvd: Oct 23, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2019.
db             +Lisa Nguyen,    238 Keswick Avenue,    Glenside, PA 19038-4836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2019 at the address(es) listed below:
              CORY P. STEPHENSON    on behalf of Creditor Lynn  Brinker cstephenson@bk-legal.com
              CORY P. STEPHENSON    on behalf of Creditor Kim  Beidler cstephenson@bk-legal.com
              CORY P. STEPHENSON    on behalf of Creditor Mark  Knouse cstephenson@bk-legal.com
              GERALD R CLARKE    on behalf of Debtor Lisa  Nguyen jclarke@clarkeandassoc.com,
               clarkeandassoc@yahoo.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Abington School District and Township of Abington
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              KRISTEN WETZEL LADD    on behalf of Creditor Mark  Knouse kladd@utbf.com,    nanderson@utbf.com
              KRISTEN WETZEL LADD    on behalf of Creditor Lynn  Brinker kladd@utbf.com,    nanderson@utbf.com
              KRISTEN WETZEL LADD    on behalf of Creditor Kim  Beidler kladd@utbf.com,    nanderson@utbf.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS DANIEL BIELLI    on behalf of Creditor Lynn  Brinker tbielli@bk-legal.com,
               kseligman@bk-legal.com
              THOMAS DANIEL BIELLI    on behalf of Creditor Mark  Knouse tbielli@bk-legal.com,
               kseligman@bk-legal.com
              THOMAS DANIEL BIELLI    on behalf of Creditor Kim  Beidler tbielli@bk-legal.com,
               kseligman@bk-legal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Lisa M. Nguyen ) Case No: 18-16367
) Chapter 13
Debtor )
)
)

**ORDER**

AND NOW, upon consideration of the Emergency Motion to Discontinue the Scheduled Sheriff Sale of the Real Property of the Bankruptcy Estate Pursuant to US Code § 549 ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on **October 29, 2019, at 9:30 a.m.**, in the United States Bankruptcy Court, 900 Market Street, 2dn Floor, Courtroom No. 1, Philadelphia, PA 19107.

3. Written objections or other responsive pleadings to the motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

**Date: October 22, 2019**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**