**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | LISA NGUYEN, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-16367 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Discontinue Sheriff's Sale of Real Property ("the Motion") (Doc. # 130), the response thereto and after an hearing held on an expedited basis, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Motion is **GRANTED ON A PRELIMINARY BASIS**.

2. Respondent 238 Keswick, LLC ("Keswick") is directed to cause the sheriff's sale of the subject property to be postponed to the sheriff's sale date in **January 2020**.

3. The relief granted is **CONDITIONED** on the Debtor making a payment of **$5,000.00** to Keswick, which may be paid through her chapter 13 plan, once it is confirmed. Keswick may file an amended proof of claim for this amount.

4. A final hearing on the Motion is **SCHEDULED** on **December 3, 2019, at 9:30 a.m.**

Date: October 29, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**