United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-16367-elf
Lisa Nguyen                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith              Page 1 of 1          Date Rcvd: Oct 30, 2019
                              Form ID: pdf900          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
```
db          +Lisa Nguyen,    238 Keswick Avenue,    Glenside, PA 19038-4836
cr          +Abington School District and Township of Abington,    c/o Portnoff Law Associates, Ltd.,
              P.O. Box 3020,    Norristown, PA 19404-3020
cr          +Kim Beidler,    c/o Bielli & Klauder, LLC,    1500 Walnut Street, Suite 900,
              Philadelphia, PA 19102-3518
cr          +Lynn Brinker,    c/o Bielli & Klauder, LLC,    1500 Walnut Street, Suite 900,
              Philadelphia, PA 19102-3518
cr          +Mark Knouse,    c/o Bielli & Klauder, LLC,    1500 Walnut Street, Suite 900,
              Philadelphia, PA 19102-3518
cr          +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
              Centre Square West, Suite 3400,    1500 Market Street,    Philadelphia, PA 19102-2100
cr          +Toyota Motor Credit Corporation,    c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 31 2019 03:31:55
              Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
cr          +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:33:04      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:
```
              CORY P. STEPHENSON    on behalf of Creditor Kim  Beidler cstephenson@bk-legal.com
              CORY P. STEPHENSON    on behalf of Creditor Mark  Knouse cstephenson@bk-legal.com
              CORY P. STEPHENSON    on behalf of Creditor Lynn  Brinker cstephenson@bk-legal.com
              GERALD R CLARKE     on behalf of Debtor Lisa  Nguyen jclarke@clarkeandassoc.com,
               clarkeandassoc@yahoo.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Abington School District and Township of Abington
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              KRISTEN WETZEL LADD    on behalf of Creditor Mark  Knouse kladd@utbf.com, nanderson@utbf.com
              KRISTEN WETZEL LADD    on behalf of Creditor Lynn  Brinker kladd@utbf.com, nanderson@utbf.com
              KRISTEN WETZEL LADD    on behalf of Creditor Kim  Beidler kladd@utbf.com, nanderson@utbf.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS DANIEL BIELLI    on behalf of Creditor Kim  Beidler tbielli@bk-legal.com,
               kseligman@bk-legal.com
              THOMAS DANIEL BIELLI    on behalf of Creditor Lynn  Brinker tbielli@bk-legal.com,
               kseligman@bk-legal.com
              THOMAS DANIEL BIELLI    on behalf of Creditor Mark  Knouse tbielli@bk-legal.com,
               kseligman@bk-legal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 15
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | LISA NGUYEN, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-16367 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Discontinue Sheriff's Sale of Real Property ("the Motion") (Doc. # 130), the response thereto and after an hearing held on an expedited basis, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Motion is **GRANTED ON A PRELIMINARY BASIS**.

2. Respondent 238 Keswick, LLC ("Keswick") is directed to cause the sheriff's sale of the subject property to be postponed to the sheriff's sale date in **January 2020**.

3. The relief granted is **CONDITIONED** on the Debtor making a payment of **$5,000.00** to Keswick, which may be paid through her chapter 13 plan, once it is confirmed. Keswick may file an amended proof of claim for this amount.

4. A final hearing on the Motion is **SCHEDULED** on **December 3, 2019, at 9:30 a.m.**

**Date: October 29, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**