**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       Lisa Nguyen            :       Chapter 13
                                    :
              Debtor                :       Bankruptcy No.  18-16367 (ELF)

**PRAECIPE TO WITHDRAW OBJECTION OF ABINGTON TOWNSHIP AND**
**ABINGTON SCHOOL DISTRICT TO DEBTOR'S CHAPTER 13 PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection of Abington Township and Abington School District to Debtor's Chapter 13 Plan.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:   /s/ James R. Wood, Esquire
      James R. Wood, Esquire
      2700 Horizon Drive, Suite 100
      King of Prussia, PA 19406
      (484) 690-9341
      Attorney for Abington Township and Abington
      School District

Dated:  February 21, 2020