United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-16367-elf
Lisa Nguyen                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith          Page 1 of 1          Date Rcvd: Apr 08, 2020
                              Form ID: 155         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.
db             +Lisa Nguyen,    238 Keswick Avenue,    Glenside, PA 19038-4836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2020 at the address(es) listed below:
              CORY P. STEPHENSON    on behalf of Creditor Lynn  Brinker cstephenson@bk-legal.com
              CORY P. STEPHENSON    on behalf of Creditor Kim  Beidler cstephenson@bk-legal.com
              CORY P. STEPHENSON    on behalf of Creditor Mark  Knouse cstephenson@bk-legal.com
              GERALD R CLARKE     on behalf of Debtor Lisa  Nguyen jclarke@clarkeandassoc.com,
               clarkeandassoc@yahoo.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Abington School District and Township of Abington
               jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com
              KRISTEN WETZEL LADD    on behalf of Creditor Mark  Knouse kladd@utbf.com,  nanderson@utbf.com
              KRISTEN WETZEL LADD    on behalf of Creditor Lynn  Brinker kladd@utbf.com,  nanderson@utbf.com
              KRISTEN WETZEL LADD    on behalf of Creditor Kim  Beidler kladd@utbf.com,  nanderson@utbf.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com;helen.b
               elair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS DANIEL BIELLI    on behalf of Creditor Kim  Beidler tbielli@bk-legal.com,
               kseligman@bk-legal.com
              THOMAS DANIEL BIELLI    on behalf of Creditor Lynn  Brinker tbielli@bk-legal.com,
               kseligman@bk-legal.com
              THOMAS DANIEL BIELLI    on behalf of Creditor Mark  Knouse tbielli@bk-legal.com,
               kseligman@bk-legal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lisa Nguyen
      Debtor(s)

Chapter: 13
Bankruptcy No: 18−16367−elf

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this April 7, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

169
Form 155