## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: Lisa Nguyen                )          Case No: 18-16367
                                  )                 Chapter 13
              Debtor              )
                                  )
                                  )

****************

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

      Lisa Nguyen has filed a Motion to Approve Debtor's Participation in SBA Disaster Loan Program with the court.

      **<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

      1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 23, 2020 you or your attorney must do <u>all</u> of the following:

      (a) file an answer explaining your position at

      Clerks's Office, US Bankruptcy Court, Eastern District
      Robert N.C. Nix, Sr. Federal Courthouse
      900 Market Street, Suite 400
      Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b) mail a copy to the movant's attorney:

      Gerald R. Clarke
      Clarke and Associates
      119 S Easton Road, Suite 207
      Glenside, PA 19038
      Phone: 215-572-0530
      Fax: 215-884-4152

      2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.  A hearing on the motion is scheduled to be held before the Honorable Judge Eric L. Frank on November 3, 2020 at 1:00 PM in Courtroom 1, United States Bankruptcy Court, Robert N.C. Nix, Sr.

Federal Courthouse. 900 Market Street, Suite 400, Philadelphia, PA 19107.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:   October 5, 2020