## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Lisa M. Nguyen | ) | Case No: 18-16367 |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned has served the Debtor's Sixth Amended Plan by filing on the Bankruptcy Electronic Filing System and emailing the Sixth Amended Plan to counsel for all of the Secured Creditors, by email, as follows:

**Kristen Wetzel Ladd**
**Attorney for 238 Keswick Avenue, LLC**
**Unruh Turner Burke & Frees**
P.O. Box 515 | 17 West Gay Street
West Chester, PA  19381
P: 484.653.2233 | F: 484.653.2215
kladd@utbf.com

**Alicia M. Sandoval, Esquire**
**Attorney for Montgomery County Tax Claim Bureau**
**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665.3071 tel | 215.665.3165 fax
alicia.sandoval@obermayer.com

James R. Wood, Esquire
Attorney for Abington School District and Township of Abington
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406
JWood@portnoffonline.com

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com

Dated: October 7, 2020 /s/ Gerald R. Clarke
Gerald R. Clarke
Clarke and Associates
119 S. Easton Road, Suite 207
Glenside, PA 19038
Telephone: 215-572-0530
Fax: 215-884-4152
E-mail: jclarke@clarkeandassoc.com