**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Lisa M. Nguyen,                          )                    Case No: 18-16367
                        Debtor           )                       Chapter 13
                                   )
                                   )
                                   )

**CERTIFICATE OF NO RESPONSE**

The undersigned hereby states that no response has been filed in objection to the Debtor's Motion to Approve Debtor's Participation in SBA Disaster Loan Program.

Date:   October 26, 2020                                    /s/ Gerald R Clarke
                                                   Gerald R Clarke (PA No. 86236)
                                                   119 S Easton Road, Suite 207
                                                   Glenside, PA 19038
                                                   Telephone Number: 215-572-0530