**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lisa M. Nguyen | ) | Case No: 18-16367 |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | |

**O R D E R**

AND NOW, upon consideration of the Debtor's Motion, and after notice and hearing, it is hereby **ORDERED** that the Debtor is **AUTHORIZED** to participate in the Small Business Association Disaster Loan Program, including the incurrence of additional debt up to $10,300, to the extent that she is eligible to do so.

Date: 11/4/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**