## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Lisa M. Nguyen | ) | Case No: 18-16367 |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | |

### MOTION TO FILE AMENDED CHAPTER 13 PLAN

Debtor, Lisa M. Nguyen, through her undersigned counsel, Gerald R. Clarke, requests that the Court permit Debtor to file an amended Chapter 13 and in support says:

Debtors Confirmed Chapter 13 Plan required that she pay into her plan the net proceeds of a personal injury lawsuit originally estimated to be $15,000.

The actual net proceeds that came due to the Debtor only equaled $8,781.37 which the Debtor promptly paid to the Chapter 13 Trustee.

The debtor has applied for a Small Business Association (SBA) Economic Disaster Loan and was "pre-approved" for $10,300.

The SBA did not approve the loan due to the Debtor's active Chapter 13 case but would consider the application if the Bankruptcy Court would grant permission.

Upon consideration of a Motion seeking Court approval, the Court granted approval to participate in the SBA Economic Disaster Loan Program and the Debtor anticipates being approved for the loan of $10.300.

The Debtor intends to use $8,000 of this loan to supplement the reduction in available resources caused by the actual lawsuit proceeds received.

The Debtor has filed a sixth Amended Plan on the docket and served the Plan to all secured creditors.

The Sixth Amended Plan provides for the exact same total plan payments as the approved plan.

WHEREFORE, the Debtor prays for an Order approving the Debtors amended plan.

Dated: November 5, 2020 /s/ Gerald R. Clarke
Gerald R. Clarke
Clarke and Associates
119 S. Easton Road, Suite 207
Glenside, PA 19038
Telephone: 215-572-0530
Fax: 215-884-4152
E-mail: jclarke@clarkeandassoc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lisa M. Nguyen | ) | Case No: 18-16367 |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | |

**ORDER APPROVING DEBTORS AMENDED CHAPTER 13 PLAN**

IT IS ORDERED that the debtor's amended Chapter 13 Plan is hereby approved.

BY THE COURT

Date: _____          _____
                                     United States Bankruptcy Judge