United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16367-elf |
| Lisa Nguyen | Chapter 13 |
|     Debtor(s) | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Nguyen, 238 Keswick Avenue, Glenside, PA 19038-4836 |
| cr | + | Abington School District and Township of Abington, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Kim Beidler, c/o Bielli & Klauder, LLC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Lynn Brinker, c/o Bielli & Klauder, LLC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Mark Knouse, c/o Bielli & Klauder, LLC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Montgomery County Tax Claim Bureau, c/o Michael D. Vagnoni, Esquire, Centre Square West, Suite 3400, 1500 Market Street, Philadelphia, PA 19102-2100 |
| cr | + | Toyota Motor Credit Corporation, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 05 2020 02:58:53 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2020 02:57:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 06, 2020 | Signature: | /s/Joseph Speetjens |

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 9 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORY P. STEPHENSON | on behalf of Creditor Kim Beidler cstephenson@bk-legal.com |
| CORY P. STEPHENSON | on behalf of Creditor Mark Knouse cstephenson@bk-legal.com |
| CORY P. STEPHENSON | on behalf of Creditor Lynn Brinker cstephenson@bk-legal.com |
| GERALD R CLARKE | on behalf of Debtor Lisa Nguyen jclarke@clarkeandassoc.com  clarkeandassoc@yahoo.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Abington School District and Township of Abington jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KRISTEN WETZEL LADD | on behalf of Creditor Mark Knouse kladd@utbf.com  nanderson@utbf.com |
| KRISTEN WETZEL LADD | on behalf of Creditor Lynn Brinker kladd@utbf.com  nanderson@utbf.com |
| KRISTEN WETZEL LADD | on behalf of Creditor Kim Beidler kladd@utbf.com  nanderson@utbf.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com  Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Kim Beidler tbielli@bk-legal.com  ldees@bk-legal.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Lynn Brinker tbielli@bk-legal.com  ldees@bk-legal.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Mark Knouse tbielli@bk-legal.com  ldees@bk-legal.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Lisa M. Nguyen    )    Case No: 18-16367
                                          )    Chapter 13
              Debtor    )
                                          )
                                          )

**O R D E R**

AND NOW, upon consideration of the Debtor's Motion, and after notice and hearing, it is hereby **ORDERED** that the Debtor is **AUTHORIZED** to participate in the Small Business Association Disaster Loan Program, including the incurrence of additional debt up to $10,300, to the extent that she is eligible to do so.

Date: 11/4/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**