IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>LISA NGUYEN,<br>        Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>        Movant,<br><br>   v.<br><br>LISA NGUYEN,<br>SACHA DISTEL BALMACEDA LOPEZ, and<br>WILLIAM C. MILLER, Trustee,<br><br>        Respondents. | Bankruptcy No. 18-16367-elf<br><br>Chapter 13<br><br>Document No. |

CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 5th day of February, 2021, I served a copy of the Motion for Relief from Automatic Stay and Co-Debtor Stay and a copy of the Notice of Motion, Hearing Date and Response Deadline by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

SERVICE BY FIRST CLASS MAIL

Lisa Nguyen
238 Keswick Avenue
Glenside, PA 19038

Sacha Distel Balmaceda Lopez
238 Keswick Avenue
Glenside, PA 19038

SERVICE BY ELECTRONIC NOTIFICATION

Gerald R Clarke
Clarke and Associates
119 S. Easton Road, Suite 207
Glenside, PA 19038
jclarke@clarkeandassoc.com

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com

Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
ustpregion03.ph.ecf@usdoj.gov

                Respectfully submitted,

                BERNSTEIN-BURKLEY, P.C.

                By: /s/*Keri P. Ebeck*
                Keri P. Ebeck, Esq.
                PA I.D. # 91298
                kebeck@bernsteinlaw.com
                707 Grant Street
                Suite 2200, Gulf Tower
                Pittsburgh, PA 15219
                Phone - (412) 456-8112
                Fax - (412) 456-8135

                Counsel for Toyota Motor Credit Corporation

Dated: February 5, 2021