IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>LISA NGUYEN,<br>          Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>          Movant,<br><br>   v.<br><br>LISA NGUYEN,<br>SACHA DISTEL BALMACEDA LOPEZ, and<br>WILLIAM C. MILLER, Trustee,<br><br>          Respondents. | Bankruptcy No.  18-16367-elf<br><br>Chapter 13<br><br>Document No.  187 |

### CERTIFICATE OF NO OBJECTION OR RESPONSETO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO DEBTOR STAY (DOC. NO.  187)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay and Co-Debtor Stay, filed at Doc. No. 187 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than February 19, 2021.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

Counsel for Toyota Motor Credit Corporation

Dated: February 22, 2021