IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>LISA NGUYEN,<br>      Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>      Movant,<br><br>  v.<br><br>LISA NGUYEN,<br>SACHA DISTEL BALMACEDA LOPEZ, and<br>WILLIAM C. MILLER, Trustee,<br><br>      Respondents. | Bankruptcy No.  18-16367-elf<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this **2nd day of March, 2021**, upon consideration of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby **ORDERED** that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Toyota Motor Credit Corporation, in the 2014 Toyota Corolla, VIN# 2T1BURHE6EC226445.

Movant is further granted relief from the co-debtor stay pursuant 11 U.S.C. § 1301 (c) to recover from Co-Debtor, Sacha Distel Balmaceda Lopez, any amounts that remain due and owing pursuant to the underlying Retail Installment Contract and Security Agreement subsequent to the sale of the collateral.

    **Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**