**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE | : BANKRUPTCY NO. 18-16367-ELF |
| LISA NGUYEN | : |
| | : |
| Debtor | : |
| | : |
| | : CHAPTER 13 |

**CERTIFICATION OF NO RESPONSE**

I, REGINA COHEN, attorney for Movant, hereby certify that no answer or objection or other responsive pleading has been received in regard to the Motion of Capital One Auto Finance, a division of Capital One, N.A. for Relief from Automatic Stay and Codebtor stay. The response date in the above-captioned matter was on or before **December 20, 2022**, which is more than fifteen (15) days from the date of service.

**LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO**

/s/ Regina Cohen
Regina Cohen
Attorney for Movant
Suite 500
190 North Independence Mall West 6th &
Race Streets
Philadelphia, PA 19106
(215) 351-7551

DATED: 12/27/2022