# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | CHAPTER 13 |
| ) | |
| LISA NGUYEN, ) | CASE NO.: 18-16367-ELF |
| Debtor ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ) | |
| CAPITAL ONE AUTO FINANCE, ) | |
| A DIVISION OF CAPITAL ONE, N.A., ) | |
| Movant ) | **HEARING DATE:** |
| vs. ) | Tuesday, January 03, 2023 |
| ) | 9:30 A.M. |
| LISA NGUYEN, and ) | |
| SACHA BALMACEDA, Codebtor. ) | |
| Respondent(s) ) | |
| and ) | |
| ) | **LOCATION:** |
| KENNETH E. WEST ) | 900 Market Street, Suite 201 |
| Trustee ) | Courtroom No. 1 |
| ) | Philadelphia, PA 19107 |

## ORDER

Upon consideration of the Motion for Relief from Automatic Stay and Codebtor Stay filed by Capital One Auto Finance ("the Movant"), it is hereby **ORDERED** that the Motion is **GRANTED**.

Movant is authorized to proceed and continue with an action in vehicle repossession (2014 Toyota Corolla Sedan 4D LE 1.8L I4, V.I.N. 2T1BURHE3EC109745) and is hereby permitted to levy and sell the vehicle at issue and to pursue its *in rem* remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Order entered by default.**

Date: 1/3/23

_____
Eric L. Frank
U.S. BANKRUPTCY JUDGE

Please send copies to:

Lisa Nguyen
238 Keswick Avenue
Glenside, PA 19038

SACHA BALMACEDA
238 N Keswick Apt B
Glenside, PA 19038

GERALD R CLARKE
Clarke and Associates
119 S. Easton Road, Suite 207
Glenside, PA 19038

KENNETH E. WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building,
Suite 300
Philadelphia, PA 19107

Regina Cohen
Lavin, Cedrone, Graver, Boyd & DiSipio
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106