United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-16367-amc

Lisa Nguyen     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4

Date Rcvd: Sep 06, 2024     Form ID: pdf900     Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Nguyen, 238 Keswick Avenue, Glenside, PA 19038-4836 |
| cr | + | Abington School District and Township of Abington, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Kim Beidler, c/o Bielli & Klauder, LLC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Lynn Brinker, c/o Bielli & Klauder, LLC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Mark Knouse, c/o Bielli & Klauder, LLC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Toyota Motor Credit Corporation, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14457929 | + | 238 Keswick, LLC, Assignee of Mark Knouse,, et al., Kisten Wetzel Ladd, P.O. Box 515, West Chester, PA 19381-0515 |
| 14251179 | + | Abington School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14253305 | + | Abington School District and Township of Abington, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14208414 | + | Abington Township, 1176 Old York Road, Abington, PA 19001-3797 |
| 14208429 | + | Building Inspection and Contractor Inc, 3003 Mt. Carmel Ave, Glenside, PA 19038-1633 |
| 14268945 | | Capital One Auto Finance, AIS Portfolio Services, 4815 N Santa Fe Ave, Oklahoma City OK 73118 |
| 14208418 | + | Diversified Consultants, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-2805 |
| 14244897 | + | Kim Beidler, c/o Thomas D. Bielli, Esquire, & Cory P. Stephenson, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14244900 | + | Kim Beidler, c/o Kristen Wetzel Ladd, Esq., 17 W Gay Street, PO Box 515, West Chester, PA 19381-0515 |
| 14268944 | + | Knouse, Bielder & Brinker, 3634 Sturbridge Place, Allentown PA 18104-1770 |
| 14208411 | + | Knouse,Beidler & Brinker, c/o Kristen Wetzel Ladd, 17 W. Gay Street, West Chester, PA 19380-3090 |
| 14244896 | + | Lynn Brinker, c/o Thomas D. Bielli, Esquire, & Cory P. Stephenson, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14244899 | + | Lynn Brinker, c/o Kristen Wetzel Ladd, Esq., 17 W Gay Street, PO Box 515, West Chester, PA 19381-0515 |
| 14244898 | + | Mark Knouse, c/o Kristen Wetzel Ladd, Esq., 17 W Gay Street, PO Box 515, West Chester, PA 19381-0515 |
| 14244895 | + | Mark Knouse, c/o Thomas D. Bielli, Esquire, & Cory P. Stephenson, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14338648 | + | Mark Knouse, Kim Beidler, Lynn Brinker, c/o Bielli & Klauder, LLC, 1500 Walnut St., Ste. 900, Philadelphia, PA 19102-3518 |
| 14208421 | + | Merimac, 100 Throckmorton St, Ste 1800, Ft Worth, TX 76102-2802 |
| 14208413 | + | Montgomery County Tax Claim Bur, One Montgomery Plaza, Suite 600, Norristown, PA 19401-4851 |
| 14205297 | + | Montgomery County Tax Claim Bureau, c/o Michael D. Vagnoni, Esquire, Centre Square West, Suite 3400, 1500 Market Street, Philadelphia, PA 19102-2100 |
| 14208428 | + | Nationwide Credit Inc., PO Box 14584, Des Moines, IA 50306-3584 |
| 14208431 | + | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208412 | + | Portnoff Law Associates LTD, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 14208437 | + | Southland Group, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14203610 | +++ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14208439 | + | Township of Abington, 1176 Old York Rd, Abington, PA 19001-3731 |
| 14251181 | + | Township of Abington, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14268943 | | Toyota Motor Credit Corp., PO Box 9012, Addison TX 75001 |
| 14258342 | + | Toyota Motor Credit Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14338647 | + | c/o Bielli & Klauder, LLC, 1500 Walnut St., Ste. 900, Philadelphia, PA 19102-3518 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Case 18-16367-amc    Doc 212    Filed 09/08/24    Entered 09/09/24 00:34:52    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2024 | Form ID: pdf900 | Total Noticed: 62 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 07 2024 02:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2024 02:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 07 2024 03:12:04 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14208415 | + Email/PDF: bncnotices@becket-lee.com | Sep 07 2024 03:35:02 | Ameican Express, PO Box 981537, EL Paso, TX 79998-1537 |
| 14210521 | Email/PDF: bncnotices@becket-lee.com | Sep 07 2024 03:13:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14208416 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2024 03:11:12 | Brand Source/Citi Card, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14208425 | Email/Text: cfcbackoffice@contfinco.com | Sep 07 2024 02:43:00 | TBOM/CONTFIN, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 14237729 | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 07 2024 03:11:06 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14206327 | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 07 2024 03:12:55 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14208430 | + Email/Text: documentfiling@lciinc.com | Sep 07 2024 02:43:00 | Comcast Business, PO Box 3001, Southeasten, PA 19398-3001 |
| 14208417 | Email/Text: BNSFN@capitalsvcs.com | Sep 07 2024 02:43:00 | CCS/First National Bank, 500 E 60th Street, N Sioux Falls, SD 57104 |
| 14286628 | + Email/Text: bankruptcydepartment@fcscollect.com | Sep 07 2024 02:43:00 | Fidelity Creditor Services, aka First American Payment Systems, 441 N. Varney Street, 2nd floor, Burbank, CA 91502-1733 |
| 14208419 | + Email/Text: bankruptcydepartment@fcscollect.com | Sep 07 2024 02:43:00 | Fidelity Creditor Services, 441 N Varney ST, Burbank, CA 91502-1733 |
| 14208420 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 07 2024 03:12:53 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14208427 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 07 2024 02:43:00 | Great Lakes Higher Ed, PO Box 7860, Madison, WI 53707-7860 |
| 14214231 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2024 03:12:14 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14208438 | Email/Text: bknotices@mbandw.com | Sep 07 2024 02:43:00 | McCarthy Burgess and Wolff, 26000 Candon Rd, Cleveland, OH 44146 |
| 14214184 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 07 2024 03:11:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14228288 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2024 03:11:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14208423 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 07 2024 03:11:10 | Paypal Smart Connection, PO Box 965005, Orlando, FL 32896-5005 |
| 14221723 | + Email/Text: JCAP_BNC_Notices@jcap.com | Sep 07 2024 02:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14208320 | Email/Text: bnc-quantum@quantum3group.com | Sep 07 2024 02:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2024 | Form ID: pdf900 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| 14208422 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 07 2024 03:35:25 | 98083-0788<br>SyncB Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14209080 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 07 2024 03:11:07 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14259539 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 07 2024 02:43:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14263248 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 07 2024 02:43:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14208426 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 07 2024 02:43:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14457925 | | 238 Keswick, LLC, asignee of Mark Knouse, Kim Beid |
| 14260297 | | Montgomery County Tax Claim Bureau |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Montgomery County Tax Claim Bureau, c/o Michael D. Vagnoni, Esquire, Centre Square West, Suite 3400, 1500 Market Street, Philadelphia, PA 19102-2100 |
| 14208424 | *+ | Merimac, 100 Throckmorton St, Ste 1800, Ft Worth, TX 76102-2802 |
| 14229337 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14208432 | *+ | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208433 | *+ | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208434 | *+ | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208435 | *+ | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208436 | ##+ | All Tran Financial, PO Box 610, Sauk Rapid, MN 56379-0610 |

TOTAL: 2 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORY P. STEPHENSON | on behalf of Creditor Kim Beidler cstephenson@bk-legal.com |
| CORY P. STEPHENSON | |

Case 18-16367-amc    Doc 212    Filed 09/08/24    Entered 09/09/24 00:34:52    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2024 | Form ID: pdf900 | Total Noticed: 62 |

| | |
|---|---|
| | on behalf of Creditor Mark Knouse cstephenson@bk-legal.com |
| CORY P. STEPHENSON | |
| | on behalf of Creditor Lynn Brinker cstephenson@bk-legal.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| GERALD R CLARKE | |
| | on behalf of Debtor Lisa Nguyen jclarke@clarkeandassoc.com  clarkeandassoc@yahoo.com |
| JAMES RANDOLPH WOOD | |
| | on behalf of Creditor Abington School District and Township of Abington jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | |
| | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| KRISTEN WETZEL LADD | |
| | on behalf of Creditor Mark Knouse kladd@utbf.com  ogomez@utbf.com |
| KRISTEN WETZEL LADD | |
| | on behalf of Creditor Lynn Brinker kladd@utbf.com  ogomez@utbf.com |
| KRISTEN WETZEL LADD | |
| | on behalf of Creditor Kim Beidler kladd@utbf.com  ogomez@utbf.com |
| MICHAEL D. VAGNONI | |
| | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |
| REGINA COHEN | |
| | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| THOMAS DANIEL BIELLI | |
| | on behalf of Creditor Lynn Brinker tbielli@bk-legal.com  bhoffmann@bk-legal.com |
| THOMAS DANIEL BIELLI | |
| | on behalf of Creditor Mark Knouse tbielli@bk-legal.com  bhoffmann@bk-legal.com |
| THOMAS DANIEL BIELLI | |
| | on behalf of Creditor Kim Beidler tbielli@bk-legal.com  bhoffmann@bk-legal.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 17

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>     LISA  NGUYEN<br><br>                     Debtor | Chapter 13<br><br>Bankruptcy No. 18-16367-AMC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: September 6, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge