**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lisa Nguyen | ) | Case No: 18-16367 |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |

**MOTION TO REINSTATE CASE**

Frank Sgro, debtor in the above-captioned case (the "Debtor"), through his undersigned counsel, Gerald R. Clarke, Esquire, hereby motions the court to Reinstate his Chapter 7 case for the following reasons:

1. The Court has dismissed Debtor's Chapter 13 case on September 6, 2024 for failure to make plan payments in accordance with the confirmed plan.

2. The debtor has paid in $62,709.33 into the plan out of a total of $64,984.81 plan base;

3. The current deficiency in plan payments equals $2,275.48.

4. The Debtor's attorney is prepared to pay over a bank check in the amount of $2,275.48 to the trustees office in the event of reinstatement at such time that the Order Reinstating the case is signed by the Court.

WHEREFORE, the Debtor respectfully requests that the Court enter an order in the form annexed hereto, granting the Motion of the Debtor reinstating the case.

Dated: September 10, 2024

/s/ Gerald R. Clarke
Gerald R. Clarke
Clarke and Associates
119 S. Easton Road, Suite 207
Glenside, PA 19038
Telephone: 215-884-4150
Fax: 215-884-4152
E-mail: jclarke@clarkeandassoc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Lisa Nguyen                     )          Case No: 18-16367
                    Debtor             )               Chapter 13
                                       )
                                       )
                                       )

**<u>ORDER REINSTATING CHAPTER 13 CASE</u>**


      **AND NOW,** this _____ day of _____, 2024, upon consideration of the

Motion to Reinstate the Chapter 13 Case, said motion is granted.




BY THE COURT




Date: _____          _____
                                            J, Bankruptcy Judge



Cc:     Debtor
        Counsel for Debtors
        Office of the U.S. Trustee
        Standing Chapter 7 Trustee
        Creditors