**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lisa Nguyen | ) | Case No: 18-16367 |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

It is certified that on the 10th of September, 2024, the Debtor's Motion to Reinstate and Notice to Filing Motion to Reinstate, was caused to be served electronically through the CM/ECF filing system to the following to Kenneth E. West, Esq., Standing Trustee.

Dated: September 10, 2024

/s/ Gerald R. Clarke
Gerald R. Clarke
Clarke and Associates
119 S. Easton Road, Suite 207
Glenside, PA 19038
Telephone: 215-884-4150
Fax: 215-884-4152
E-mail: jclarke@clarkeandassoc.com