**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Lisa Nguyen** | ) | **Case No: 18-16367** |
| **Debtor** | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**AMENDED NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Lisa Nguyen has filed a Motion to Reinstate the Debtor's Chapter 13 Case with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before September 23, 2024 you or your attorney must do all of the following:

   (a) file an answer explaining your position at

   Clerks's Office, US Bankruptcy Court, Eastern District
   Robert N.C. Nix, Sr. Federal Courthouse
   900 Market Street, Suite 400
   Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Gerald R. Clarke
   Clarke and Associates
   119 S Easton Road, Suite 207
   Glenside, PA 19038
   Phone: 215-572-0530
   Fax: 215-884-4152

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Judge Chan on October 3, 2024 at 11:00 AM via telephone. Unless the court orders otherwise, the hearing on this contested

matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  September 16, 2024