UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Lisa Nguyen                    )          Case No: 18-16367
       Debtor            )                    Chapter 13
                                    )
                                    )
                                    )

## ORDER REINSTATING CHAPTER 13 CASE

**AND NOW,** this __3rd__ day of __October__, 2024, upon consideration of the Motion to Reinstate the Chapter 13 Case, said motion is granted.

BY THE COURT

Date: October 3, 2024

_____
J, Bankruptcy Judge

Cc:   Debtor
       Counsel for Debtors
       Office of the U.S. Trustee
       Standing Chapter 7 Trustee
       Creditors