United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16367-amc |
| Lisa Nguyen | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 03, 2024 | Form ID: pdf900 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Nguyen, 238 Keswick Avenue, Glenside, PA 19038-4836 |
| cr | + | Abington School District and Township of Abington, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Kim Beidler, c/o Bielli & Klauder, LLC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Lynn Brinker, c/o Bielli & Klauder, LLC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Mark Knouse, c/o Bielli & Klauder, LLC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Toyota Motor Credit Corporation, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14457929 | + | 238 Keswick, LLC, Assignee of Mark Knouse,, et al., Kisten Wetzel Ladd, P.O. Box 515, West Chester, PA 19381-0515 |
| 14251179 | + | Abington School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14253305 | + | Abington School District and Township of Abington, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14208414 | + | Abington Township, 1176 Old York Road, Abington, PA 19001-3797 |
| 14208429 | + | Building Inspection and Contractor Inc, 3003 Mt. Carmel Ave, Glenside, PA 19038-1633 |
| 14268945 | | Capital One Auto Finance, AIS Portfolio Services, 4815 N Santa Fe Ave, Oklahoma City OK 73118 |
| 14208418 | + | Diversified Consultants, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-2805 |
| 14244897 | + | Kim Beidler, c/o Thomas D. Bielli, Esquire, & Cory P. Stephenson, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14244900 | + | Kim Beidler, c/o Kristen Wetzel Ladd, Esq., 17 W Gay Street, PO Box 515, West Chester, PA 19381-0515 |
| 14268944 | + | Knouse, Bielder & Brinker, 3634 Sturbridge Place, Allentown PA 18104-1770 |
| 14208411 | + | Knouse,Beidler & Brinker, c/o Kristen Wetzel Ladd, 17 W. Gay Street, West Chester, PA 19380-3090 |
| 14244896 | + | Lynn Brinker, c/o Thomas D. Bielli, Esquire, & Cory P. Stephenson, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14244899 | + | Lynn Brinker, c/o Kristen Wetzel Ladd, Esq., 17 W Gay Street, PO Box 515, West Chester, PA 19381-0515 |
| 14244898 | + | Mark Knouse, c/o Kristen Wetzel Ladd, Esq., 17 W Gay Street, PO Box 515, West Chester, PA 19381-0515 |
| 14244895 | + | Mark Knouse, c/o Thomas D. Bielli, Esquire, & Cory P. Stephenson, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14338648 | + | Mark Knouse, Kim Beidler, Lynn Brinker, c/o Bielli & Klauder, LLC, 1500 Walnut St., Ste. 900, Philadelphia, PA 19102-3518 |
| 14208421 | + | Merimac, 100 Throckmorton St, Ste 1800, Ft Worth, TX 76102-2802 |
| 14208413 | + | Montgomery County Tax Claim Bur, One Montgomery Plaza, Suite 600, Norristown, PA 19401-4851 |
| 14205297 | + | Montgomery County Tax Claim Bureau, c/o Michael D. Vagnoni, Esquire, Centre Square West, Suite 3400, 1500 Market Street, Philadelphia, PA 19102-2100 |
| 14208428 | + | Nationwide Credit Inc., PO Box 14584, Des Moines, IA 50306-3584 |
| 14208431 | + | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208412 | + | Portnoff Law Associates LTD, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 14208437 | + | Southland Group, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14203610 | +++ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14208439 | + | Township of Abington, 1176 Old York Rd, Abington, PA 19001-3731 |
| 14251181 | + | Township of Abington, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14268943 | | Toyota Motor Credit Corp., PO Box 9012, Addison TX 75001 |
| 14258342 | + | Toyota Motor Credit Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14338647 | + | c/o Bielli & Klauder, LLC, 1500 Walnut St., Ste. 900, Philadelphia, PA 19102-3518 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: pdf900 | Total Noticed: 62 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 04 2024 11:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2024 11:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2024 00:40:30 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14208415 | + Email/PDF: bncnotices@becket-lee.com | Oct 04 2024 00:40:31 | Ameican Express, PO Box 981537, EL Paso, TX 79998-1537 |
| 14210521 | Email/PDF: bncnotices@becket-lee.com | Oct 04 2024 00:40:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14208416 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2024 00:17:49 | Brand Source/Citi Card, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14208425 | Email/Text: cfcbackoffice@contfinco.com | Oct 04 2024 11:26:00 | TBOM/CONTFIN, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 14237729 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2024 00:40:54 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14206327 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2024 00:17:48 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14208430 | + Email/Text: documentfiling@lciinc.com | Oct 04 2024 11:26:00 | Comcast Business, PO Box 3001, Southeasten, PA 19398-3001 |
| 14208417 | Email/Text: BNSFN@capitalsvcs.com | Oct 04 2024 11:26:00 | CCS/First National Bank, 500 E 60th Street, N Sioux Falls, SD 57104 |
| 14286628 | + Email/Text: bankruptcydepartment@fcscollect.com | Oct 04 2024 11:27:00 | Fidelity Creditor Services, aka First American Payment Systems, 441 N. Varney Street, 2nd floor, Burbank, CA 91502-1733 |
| 14208419 | + Email/Text: bankruptcydepartment@fcscollect.com | Oct 04 2024 11:27:00 | Fidelity Creditor Services, 441 N Varney ST, Burbank, CA 91502-1733 |
| 14208420 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 04 2024 00:40:52 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14208427 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 04 2024 11:27:00 | Great Lakes Higher Ed, PO Box 7860, Madison, WI 53707-7860 |
| 14214231 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2024 00:17:49 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14208438 | Email/Text: bknotices@mbandw.com | Oct 04 2024 11:27:00 | McCarthy Burgess and Wolff, 26000 Candon Rd, Cleveland, OH 44146 |
| 14214184 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 04 2024 00:17:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14228288 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2024 00:40:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14208423 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 00:17:47 | Paypal Smart Connection, PO Box 965005, Orlando, FL 32896-5005 |
| 14221723 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 04 2024 11:27:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14208320 | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2024 11:27:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: pdf900 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 14208422 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 00:40:51 | SyncB Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14209080 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 04 2024 00:40:53 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14259539 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 04 2024 11:26:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14263248 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 04 2024 11:27:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14208426 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 04 2024 11:26:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14457925 | | 238 Keswick, LLC, asignee of Mark Knouse, Kim Beid |
| 14260297 | | Montgomery County Tax Claim Bureau |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Montgomery County Tax Claim Bureau, c/o Michael D. Vagnoni, Esquire, Centre Square West, Suite 3400, 1500 Market Street, Philadelphia, PA 19102-2100 |
| 14208424 | *+ | Merimac, 100 Throckmorton St, Ste 1800, Ft Worth, TX 76102-2802 |
| 14229337 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14208432 | *+ | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208433 | *+ | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208434 | *+ | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208435 | *+ | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208436 | ##+ | All Tran Financial, PO Box 610, Sauk Rapid, MN 56379-0610 |

TOTAL: 2 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORY P. STEPHENSON | on behalf of Creditor Kim Beidler cstephenson@bk-legal.com |
| CORY P. STEPHENSON | |

Case 18-16367-amc  Doc 220  Filed 10/05/24  Entered 10/06/24 00:35:39  Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: pdf900 | Total Noticed: 62 |

| | |
|---|---|
| | on behalf of Creditor Mark Knouse cstephenson@bk-legal.com |
| CORY P. STEPHENSON | |
| | on behalf of Creditor Lynn Brinker cstephenson@bk-legal.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| GERALD R CLARKE | |
| | on behalf of Debtor Lisa Nguyen jclarke@clarkeandassoc.com  clarkeandassoc@yahoo.com |
| JAMES RANDOLPH WOOD | |
| | on behalf of Creditor Abington School District and Township of Abington jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | |
| | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| KRISTEN WETZEL LADD | |
| | on behalf of Creditor Mark Knouse kladd@utbf.com  ogomez@utbf.com |
| KRISTEN WETZEL LADD | |
| | on behalf of Creditor Lynn Brinker kladd@utbf.com  ogomez@utbf.com |
| KRISTEN WETZEL LADD | |
| | on behalf of Creditor Kim Beidler kladd@utbf.com  ogomez@utbf.com |
| MICHAEL D. VAGNONI | |
| | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |
| REGINA COHEN | |
| | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| THOMAS DANIEL BIELLI | |
| | on behalf of Creditor Lynn Brinker tbielli@bk-legal.com  bhoffmann@bk-legal.com |
| THOMAS DANIEL BIELLI | |
| | on behalf of Creditor Mark Knouse tbielli@bk-legal.com  bhoffmann@bk-legal.com |
| THOMAS DANIEL BIELLI | |
| | on behalf of Creditor Kim Beidler tbielli@bk-legal.com  bhoffmann@bk-legal.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 17

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Lisa Nguyen              )          Case No: 18-16367
        Debtor              )          Chapter 13
                      )
                      )
                      )

## ORDER REINSTATING CHAPTER 13 CASE

**AND NOW,** this 3rd day of October, 2024, upon consideration of the Motion to Reinstate the Chapter 13 Case, said motion is granted.

BY THE COURT

Date: October 3, 2024

_____
J, Bankruptcy Judge

Cc:    Debtor
        Counsel for Debtors
        Office of the U.S. Trustee
        Standing Chapter 7 Trustee
        Creditors