**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lisa Nguyen | ) | Case No: 18-16367 |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |

## OBJECTION OF MOTION TO DISMISS

Lisa Nguyen, debtor in the above-captioned case (the "Debtor"), through her undersigned counsel, Gerald R. Clarke, Esquire, hereby objects to Motion to Dismiss filed by the chapter 13 standing trustee in the matter captioned above for the following reasons:

1. The Debtor has made all required payments into the approved Chapter 13 Plan (plan payments per ndc.org equals the amount of the total approved plan of $64,984.70).
2. Debtor's counsel has been asked to repay a returned check of $300 to the Standing Chapter 13 Trustee.
3. Debtor's counsel has placed this payment in the mail on this date.

WHEREFORE, the Debtor respectfully requests that the Court enter an order in the form annexed hereto, denying the Motion of the chapter 13 standing trustee.

Dated: January 29, 2025

/s/ Gerald R. Clarke
Gerald R. Clarke
Clarke and Associates
119 S. Easton Road, Suite 207
Glenside, PA 19038
Telephone: 215-884-4150
Fax: 215-884-4152
E-mail: jclarke@clarkeandassoc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lisa Nguyen | ) | Case No: 18-16367 |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |

**<u>ORDER DENYING MOTION TO DISMISS</u>**
**<u>OF CHAPTER 13 STANDING TRUSTEE</u>**

**AND NOW,** this _____ day of _____, 2025, upon consideration of the Motion to Dismiss filed by the Chapter 13 Standing Trustee, said motion is denied.

BY THE COURT

Date: _____          _____

Hon.
Bankruptcy Judge

Cc:   Debtor
      Counsel for Debtors
      Office of the U.S. Trustee
      Standing Chapter 13 Trustee
      Creditors