Certificate Number: 02921-PAE-DE-039359443

Bankruptcy Case Number: 18-16367



02921-PAE-DE-039359443

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2025, at 5:01 o'clock PM CST, Lisa Nguyen completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 20, 2025                By:  /s/Rosa Reyes-Santiago

                                        Name:  Rosa Reyes-Santiago

                                        Title:  Credit Counselor