United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisa Nguyen  
    Debtor

Case No. 18-16367-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Feb 24, 2025      Form ID: 138OBJ      Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Nguyen, 238 Keswick Avenue, Glenside, PA 19038-4836 |
| 14457929 | + | 238 Keswick, LLC, Assignee of Mark Knouse,, et al., Kisten Wetzel Ladd, P.O. Box 515, West Chester, PA 19381-0515 |
| 14251179 | + | Abington School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14253305 | + | Abington School District and Township of Abington, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14208414 | + | Abington Township, 1176 Old York Road, Abington, PA 19001-3797 |
| 14208429 | + | Building Inspection and Contractor Inc, 3003 Mt. Carmel Ave, Glenside, PA 19038-1633 |
| 14268945 | | Capital One Auto Finance, AIS Portfolio Services, 4815 N Santa Fe Ave, Oklahoma City OK 73118 |
| 14208418 | + | Diversified Consultants, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-2805 |
| 14244897 | + | Kim Beidler, c/o Thomas D. Bielli, Esquire, & Cory P. Stephenson, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14244900 | + | Kim Beidler, c/o Kristen Wetzel Ladd, Esq., 17 W Gay Street, PO Box 515, West Chester, PA 19381-0515 |
| 14268944 | + | Knouse, Bielder & Brinker, 3634 Sturbridge Place, Allentown PA 18104-1770 |
| 14208411 | + | Knouse,Beidler & Brinker, c/o Kristen Wetzel Ladd, 17 W. Gay Street, West Chester, PA 19380-3090 |
| 14244896 | + | Lynn Brinker, c/o Thomas D. Bielli, Esquire, & Cory P. Stephenson, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14244899 | + | Lynn Brinker, c/o Kristen Wetzel Ladd, Esq., 17 W Gay Street, PO Box 515, West Chester, PA 19381-0515 |
| 14244898 | + | Mark Knouse, c/o Kristen Wetzel Ladd, Esq., 17 W Gay Street, PO Box 515, West Chester, PA 19381-0515 |
| 14244895 | + | Mark Knouse, c/o Thomas D. Bielli, Esquire, & Cory P. Stephenson, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14338648 | + | Mark Knouse, Kim Beidler, Lynn Brinker, c/o Bielli & Klauder, LLC, 1500 Walnut St., Ste. 900, Philadelphia, PA 19102-3518 |
| 14208421 | + | Merimac, 100 Throckmorton St, Ste 1800, Ft Worth, TX 76102-2802 |
| 14208413 | + | Montgomery County Tax Claim Bur, One Montgomery Plaza, Suite 600, Norristown, PA 19401-4851 |
| 14205297 | + | Montgomery County Tax Claim Bureau, c/o Michael D. Vagnoni, Esquire, Centre Square West, Suite 3400, 1500 Market Street, Philadelphia, PA 19102-2100 |
| 14208428 | + | Nationwide Credit Inc., PO Box 14584, Des Moines, IA 50306-3584 |
| 14208431 | + | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208412 | + | Portnoff Law Associates LTD, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 14208437 | + | Southland Group, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14203610 | +++ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14208439 | + | Township of Abington, 1176 Old York Rd, Abington, PA 19001-3731 |
| 14251181 | + | Township of Abington, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14268943 | | Toyota Motor Credit Corp., PO Box 9012, Addison TX 75001 |
| 14258342 | + | Toyota Motor Credit Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14338647 | + | c/o Bielli & Klauder, LLC, 1500 Walnut St., Ste. 900, Philadelphia, PA 19102-3518 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 25 2025 01:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 138OBJ | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2025 01:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14208415 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2025 04:40:20 | Ameican Express, PO Box 981537, EL Paso, TX 79998-1537 |
| 14210521 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2025 04:02:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14208416 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2025 03:17:24 | Brand Source/Citi Card, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14208425 | | Email/Text: cfcbackoffice@contfinco.com | Feb 25 2025 01:15:00 | TBOM/CONTFIN, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 14237729 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 03:16:52 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14206327 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 03:28:03 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14208430 | + | Email/Text: documentfiling@lciinc.com | Feb 25 2025 01:15:00 | Comcast Business, PO Box 3001, Southeasten, PA 19398-3001 |
| 14208417 | | Email/Text: BNSFN@capitalsvcs.com | Feb 25 2025 01:15:00 | CCS/First National Bank, 500 E 60th Street, N Sioux Falls, SD 57104 |
| 14286628 | + | Email/Text: bankruptcydepartment@fcscollect.com | Feb 25 2025 01:15:00 | Fidelity Creditor Services, aka First American Payment Systems, 441 N. Varney Street, 2nd floor, Burbank, CA 91502-1733 |
| 14208419 | + | Email/Text: bankruptcydepartment@fcscollect.com | Feb 25 2025 01:15:00 | Fidelity Creditor Services, 441 N Varney ST, Burbank, CA 91502-1733 |
| 14208420 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 25 2025 03:16:24 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14208427 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 25 2025 01:15:00 | Great Lakes Higher Ed, PO Box 7860, Madison, WI 53707-7860 |
| 14214231 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 03:17:33 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14208438 | | Email/Text: bknotices@mbandw.com | Feb 25 2025 01:15:00 | McCarthy Burgess and Wolff, 26000 Candon Rd, Cleveland, OH 44146 |
| 14214184 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2025 03:16:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14228288 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2025 04:01:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14208423 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 03:17:16 | Paypal Smart Connection, PO Box 965005, Orlando, FL 32896-5005 |
| 14221723 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2025 01:15:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14208320 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2025 01:15:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14208422 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 03:28:32 | SyncB Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14209080 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2025 03:28:47 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14259539 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 25 2025 01:15:00 | Toyota Motor Credit Corporation, PO Box 9013, |

| | | | | Addison, Texas 75001-9013 |
|---|---|---|---|---|
| 14263248 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Feb 25 2025 01:15:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14208426 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 25 2025 01:15:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14457925 | | 238 Keswick, LLC, asignee of Mark Knouse, Kim Beid |
| 14260297 | | Montgomery County Tax Claim Bureau |
| 14208424 | *+ | Merimac, 100 Throckmorton St, Ste 1800, Ft Worth, TX 76102-2802 |
| 14229337 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14208432 | *+ | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208433 | *+ | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208434 | *+ | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208435 | *+ | Portfolio Recovery Associates, LLC, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14208436 | ##+ | All Tran Financial, PO Box 610, Sauk Rapid, MN 56379-0610 |

TOTAL: 2 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CORY P. STEPHENSON | on behalf of Creditor Kim Beidler cstephenson@bk-legal.com |
| CORY P. STEPHENSON | on behalf of Creditor Mark Knouse cstephenson@bk-legal.com |
| CORY P. STEPHENSON | on behalf of Creditor Lynn Brinker cstephenson@bk-legal.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| GERALD R CLARKE | on behalf of Debtor Lisa Nguyen jclarke@clarkeandassoc.com  clarkeandassoc@yahoo.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Abington School District and Township of Abington jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 138OBJ | Total Noticed: 56 |

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KRISTEN WETZEL LADD
on behalf of Creditor Mark Knouse kladd@utbf.com  rereifej@utbf.com

KRISTEN WETZEL LADD
on behalf of Creditor Lynn Brinker kladd@utbf.com  rereifej@utbf.com

KRISTEN WETZEL LADD
on behalf of Creditor Kim Beidler kladd@utbf.com  rereifej@utbf.com

MICHAEL D. VAGNONI
on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

REGINA COHEN
on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com,
mmalone@lavin-law.com

THOMAS DANIEL BIELLI
on behalf of Creditor Lynn Brinker tbielli@bk-legal.com  bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI
on behalf of Creditor Mark Knouse tbielli@bk-legal.com  bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI
on behalf of Creditor Kim Beidler tbielli@bk-legal.com  bhoffmann@bk-legal.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 18

*Form 138OBJ* (6/24)−doc 230 − 228

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Lisa Nguyen )   Case No. 18−16367−amc
 )
 )
Debtor(s). )   Chapter: 13
 )
 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      Eastern District of Pennsylvania
      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 24, 2025            For The Court

           Timothy B. McGrath
           Clerk of Court