United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16367-amc |
| Lisa Nguyen | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 24, 2025 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lisa Nguyen, 238 Keswick Avenue, Glenside, PA 19038-4836 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 26, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CORY P. STEPHENSON | on behalf of Creditor Mark Knouse cstephenson@bk-legal.com |
| CORY P. STEPHENSON | on behalf of Creditor Lynn Brinker cstephenson@bk-legal.com |
| CORY P. STEPHENSON | on behalf of Creditor Kim Beidler cstephenson@bk-legal.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| GERALD R CLARKE | on behalf of Debtor Lisa Nguyen jclarke@clarkeandassoc.com clarkeandassoc@yahoo.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Abington School District and Township of Abington jwood@portnoffonline.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 24, 2025 | Form ID: 234 | Total Noticed: 1 |

jwood@ecf.inforuptcy.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KRISTEN WETZEL LADD
    on behalf of Creditor Mark Knouse kladd@utbf.com  rereifej@utbf.com

KRISTEN WETZEL LADD
    on behalf of Creditor Lynn Brinker kladd@utbf.com  rereifej@utbf.com

KRISTEN WETZEL LADD
    on behalf of Creditor Kim Beidler kladd@utbf.com  rereifej@utbf.com

MICHAEL D. VAGNONI
    on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

REGINA COHEN
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com,
    mmalone@lavin-law.com

THOMAS DANIEL BIELLI
    on behalf of Creditor Kim Beidler tbielli@bk-legal.com  bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI
    on behalf of Creditor Lynn Brinker tbielli@bk-legal.com  bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI
    on behalf of Creditor Mark Knouse tbielli@bk-legal.com  bhoffmann@bk-legal.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lisa Nguyen
        Debtor(s)

Case No:18−16367−amc
Chapter: 13
_____

## *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 2/24/25

228
Form 234