United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisa Nguyen  
    Debtor

Case No. 18-16367-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 20, 2025      Form ID: 3180W      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Nguyen, 238 Keswick Avenue, Glenside, PA 19038-4836 |
| 14457929 | + | 238 Keswick, LLC, Assignee of Mark Knouse,, et al., Kisten Wetzel Ladd, P.O. Box 515, West Chester, PA 19381-0515 |
| 14251179 | + | Abington School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14208429 | + | Building Inspection and Contractor Inc, 3003 Mt. Carmel Ave, Glenside, PA 19038-1633 |
| 14208411 | + | Knouse,Beidler & Brinker, c/o Kristen Wetzel Ladd, 17 W. Gay Street, West Chester, PA 19380-3090 |
| 14338648 | + | Mark Knouse, Kim Beidler, Lynn Brinker, c/o Bielli & Klauder, LLC, 1500 Walnut St., Ste. 900, Philadelphia, PA 19102-3518 |
| 14251181 | + | Township of Abington, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 21 2025 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Mar 21 2025 04:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2025 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14210521 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2025 00:24:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14237729 | + | EDI: AISACG.COM | Mar 21 2025 04:12:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14286628 | + | Email/Text: bankruptcydepartment@fcscollect.com | Mar 21 2025 00:18:00 | Fidelity Creditor Services, aka First American Payment Systems, 441 N. Varney Street, 2nd floor, Burbank, CA 91502-1733 |
| 14214231 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2025 00:22:32 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14214184 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 21 2025 00:24:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14228288 | | EDI: PRA.COM | Mar 21 2025 04:12:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14221723 | + | EDI: JEFFERSONCAP.COM | Mar 21 2025 04:12:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14208320 | | EDI: Q3G.COM | Mar 21 2025 04:12:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 18-16367-djb    Doc 235    Filed 03/22/25    Entered 03/23/25 00:36:35    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 3180W | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 14209080 | + | EDI: AIS.COM | Mar 21 2025 04:12:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14259539 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 21 2025 00:18:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14263248 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 21 2025 00:18:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14260297 | | Montgomery County Tax Claim Bureau |
| 14229337 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CORY P. STEPHENSON | on behalf of Creditor Kim Beidler cstephenson@bk-legal.com |
| CORY P. STEPHENSON | on behalf of Creditor Mark Knouse cstephenson@bk-legal.com |
| CORY P. STEPHENSON | on behalf of Creditor Lynn Brinker cstephenson@bk-legal.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| GERALD R CLARKE | on behalf of Debtor Lisa Nguyen jclarke@clarkeandassoc.com clarkeandassoc@yahoo.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Abington School District and Township of Abington jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 3180W | Total Noticed: 20 |

KERI P EBECK
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KRISTEN WETZEL LADD
    on behalf of Creditor Mark Knouse kladd@utbf.com  mselby@utbf.com

KRISTEN WETZEL LADD
    on behalf of Creditor Lynn Brinker kladd@utbf.com  mselby@utbf.com

KRISTEN WETZEL LADD
    on behalf of Creditor Kim Beidler kladd@utbf.com  mselby@utbf.com

MICHAEL D. VAGNONI
    on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

REGINA COHEN
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com

THOMAS DANIEL BIELLI
    on behalf of Creditor Lynn Brinker tbielli@bk-legal.com  bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI
    on behalf of Creditor Mark Knouse tbielli@bk-legal.com  bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI
    on behalf of Creditor Kim Beidler tbielli@bk-legal.com  bhoffmann@bk-legal.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 18

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lisa Nguyen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7028<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 18–16367–djb | |

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Lisa Nguyen

<u>3/20/25</u>                                                             **By the court:** <u>Derek J Baker</u>
                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                                         **Chapter 13 Discharge**                                         page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W             **Chapter 13 Discharge**             page 2