United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16367-djb |
| Lisa Nguyen | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 22, 2025 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lisa Nguyen, 238 Keswick Avenue, Glenside, PA 19038-4836 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CORY P. STEPHENSON | on behalf of Creditor Mark Knouse cstephenson@bk-legal.com |
| CORY P. STEPHENSON | on behalf of Creditor Lynn Brinker cstephenson@bk-legal.com |
| CORY P. STEPHENSON | on behalf of Creditor Kim Beidler cstephenson@bk-legal.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| GERALD R CLARKE | on behalf of Debtor Lisa Nguyen jclarke@clarkeandassoc.com  clarkeandassoc@yahoo.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Abington School District and Township of Abington jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |

District/off: 0313-2                                   User: admin                                        Page 2 of 2
Date Rcvd: May 22, 2025                           Form ID: 195                                    Total Noticed: 1

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK

on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KRISTEN WETZEL LADD

on behalf of Creditor Mark Knouse kladd@utbf.com  mselby@utbf.com

KRISTEN WETZEL LADD

on behalf of Creditor Lynn Brinker kladd@utbf.com  mselby@utbf.com

KRISTEN WETZEL LADD

on behalf of Creditor Kim Beidler kladd@utbf.com  mselby@utbf.com

MICHAEL D. VAGNONI

on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com

REGINA COHEN

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com,
mmalone@lavin-law.com

THOMAS DANIEL BIELLI

on behalf of Creditor Kim Beidler tbielli@bk-legal.com  bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI

on behalf of Creditor Lynn Brinker tbielli@bk-legal.com  bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI

on behalf of Creditor Mark Knouse tbielli@bk-legal.com  bhoffmann@bk-legal.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 13

Lisa Nguyen                                               : Case No. 18−16367−djb
            Debtor(s)

### *ORDER*
_____

   AND NOW, this day , May 21, 2025 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                              By The Court

                              Derek J Baker
                              Judge, United States Bankruptcy Court




                                                    Form 195